No. 265
### BERNTHISTLE et v. STATE
Ohio Appeals, 6th Dist., Wood Co.
No. 324. Decided Jan. 26, 1925.

570. GAME LAWS—Justices of the Peace are given final jurisdiction under Fish and Game Laws.

RICHARDS, J.

Epitomized Opinion
Published only in Ohio Law Abstract

Floyd Bernthistle and others were convicted before a justice of the peace for unlawfully fishing in the Maumee river and catching fish otherwise than by angling.

In prosecuting error, Bernthistle contends that venue was not proven, and that he was not given a trial by jury. The court of appeals held:

1. The record shows that Bernthistle was fishing with a net on the Wood county shore of the river. Venue need not be proven in express terms, however. State v. Dickerson, 77 OS. 34.

2. A justice of the peace has final jurisdiction in cases like those above mentioned and since imprisonment was no part of the penalty, Bernthistle was not entitled to a jury.

Attorneys—Benjamin F. James for Bernthistle; Roy D. Avery, Pros. Atty., for State; both of Bowling Green.